# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2156

_____

| | | |
|---|---|---|
| Vurlon Murray, Jr., doing business as Murray Farms, | * * * | |
| Appellant, | * * | |
| v. | * * * | Appeal from the United States District Court for the Western District of Arkansas. |
| Dan Glickman, Secretary of Agriculture, | * * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: April 17, 1998
Filed: June 23, 1998

_____

Before McMILLIAN, BOWMAN,[1] and MURPHY, Circuit Judges.

_____

PER CURIAM.

Vurlon Murray, a farmer, alleges that his soybean crop was damaged by adverse weather in 1994. He applied to the Department of Agriculture for disaster relief benefits. The Department of Agriculture denied his application, and Murray sought

_____

[1]The Honorable Pasco M. Bowman became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 18, 1998.

judicial review of this decision in the District Court.[2]  The District Court granted summary judgment to the Department of Agriculture, holding that the denial of benefits was not arbitrary or capricious.  Having reviewed the record, we agree with the District Court.  The administrative decision is supported by substantial evidence on the record as a whole.  Accordingly, we affirm for the reasons expressed in the District Court's opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.